# United States Court of Appeals
### For the Eighth Circuit
_____

No. 22-1720
_____

Owen Garth Hinkson

*Plaintiff - Appellant*

v.

David Rahbany, Chief Deputy U.S. Marshal, Eastern District of Kentucky; Daniel Gough, Deputy U.S. Marshal

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: October 3, 2022
Filed: October 6, 2022
[Unpublished]
_____

Before SHEPHERD, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Owen Hinkson appeals the district court's[1] grant of summary judgment to two United States Marshals on his Eighth Amendment claim. Having carefully reviewed

---

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable

the record and the parties' arguments on appeal, we conclude there are no material facts in dispute and that the defendants are entitled to judgment as a matter of law.[2] *See Odom v. Kaizer*, 864 F.3d 920, 921 (8th Cir. 2017) (reviewing a grant of summary judgment de novo); *Kulkay v. Roy*, 847 F.3d 637, 643 (8th Cir. 2017) (noting that negligence does not rise to the level of "deliberate indifference"). We accordingly affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____

Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.

[2]We also deny the motion to supplement the record.